# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Joshua Adam Dickey<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) | Case No. 1:23 mj 13 |

FILED
ASHEVILLE, NC
FEB 15 2023
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

## RULE 4.1 - CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 22, 2023__ in the county of __Buncombe__ in the __Western__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(u) | Stealing a Firearm from a Dealer |

This criminal complaint is based on these facts:
See attached affidavit.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Kevin Allred, Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives
*Printed name and title*

Sworn in accordance with Rule 4.1

_____
*Judge's signature*

Date: 02/15/2023

City and state: Asheville, North Carolina

W. Carleton Metcalf, United States Magistrate Judge
*Printed name and title*